IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY STAFFORD,    No. 2:16-CV-1403-CMK-P

    Plaintiff,

  vs.    ORDER

DOSS, et al.,

    Defendants.

                                /

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff seeks the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). A finding of "exceptional circumstances" requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal

| | |
|---|---|
| 1 | issues involved.  See Terrell, 935 F.2d at 1017.  Neither factor is dispositive and both must be |
| 2 | viewed together before reaching a decision.  See id. |

        In the present case, the court does not at this time find the required exceptional circumstances.  First, the legal issue involved in the case – whether plaintiff suffered retaliation in violation of the First Amendment – is not complex.  Second, plaintiff has demonstrated an ability to articulate his claims sufficiently on his own.  Third, plaintiff's motion sets forth no circumstances which could be considered exceptional.  Plaintiff states that he is incarcerated and indigent, circumstances which are common to almost every prisoner case.  Finally, at this early stage of the proceeds before service has been ordered, the court cannot say that plaintiff has demonstrated any particular likelihood of success on the merits of his claims.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Doc. 11) is denied.

DATED: June 20, 2017

                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE