# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>DOSS, et al.,<br><br>    Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. On the court's own motion and good cause appearing therefor, the scheduling conference currently set for March 6, 2019, is vacated pending resolution of defendants' motion to dismiss, set for hearing the same day.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1