# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>DOSS, et al.,<br><br>  Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 14, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 14, 2019, are adopted in full;
2. Defendants' motion to dismiss (ECF No. 30) is denied; and
3. Defendants Doss, Ibarra, and Zuniga shall file an answer to plaintiff's first amended complaint within 30 days of the date of this order.

DATED: August 8, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE