# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOSS, et al.,<br><br>　　　　Defendants. | No. 2:16-CV1403-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. An initial scheduling conference is set in this matter before the undersigned in Redding, California, on October 9, 2019, at 10:00 a.m. No later than seven days prior to this hearing date, the parties shall each file a scheduling conference statement consistent with the court's October 25, 2018, order (ECF No. 23). Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 110.

　　　　IT IS SO ORDERED.

Dated: August 13, 2019

　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE