IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ANTHONY STAFFORD,** | Case No. 2:16-cv-01403-JAM-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **DOSS, et al.,** | |
| Defendant. | |

On October 2, 2019, counsel for Defendants requested that she be allowed to appear telephonically at the scheduling conference set for October 9, 2019. Good cause having been shown, the request is granted. The court sua sponte permits telephonic appearance from plaintiff, who is proceeding pro se and lives in Santa Rosa, CA. The parties may arrange telephonic appearances through CourtCall.

Dated: October 3, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE