# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOSS, et al.,<br><br>　　　　Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. An initial scheduling conference in this matter was set for January 15, 2020, before the undersigned in Redding, California. Plaintiff appeared pro se. Defendants' counsel failed to appear.

Defendants' counsel shall show cause in writing on or before February 5, 2020, why sanctions should not be imposed for counsel's failure to appear. A hearing on the order to show cause is set for February 19, 2020, at 10:00 a.m., in Redding, California, with defendants' counsel directed to personally appear.

A schedule for this case shall be set by separate order.

IT IS SO ORDERED.

Dated: January 21, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE