# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>DOSS, et al.,<br><br>    Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil action. Good cause appearing therefor, the order to show cause issued on January 22, 2020, is discharged and the hearing scheduled for February 19, 2020, before the undersigned in Redding, California, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE