IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>DOSS, et al.,<br><br>   Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is plaintiff's motion to compel discovery (ECF No. 55).

Plaintiff's motion is stricken as improperly noticed. Plaintiff is referred to Eastern District of California Local Rule 251. Upon compliance with Local Rules, Plaintiff may file a further request for relief, in the absence of an appropriate discovery response from Defendants. Pending such a filing, the Clerk of the Court is directed to terminate the Motion reflected in ECF No. 55.

IT IS SO ORDERED.

Dated: April 22, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE