IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>DOSS, et al.,<br><br>   Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's motion, ECF No. 57, for the appointment of counsel.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent plaintiffs in civil actions. See e.g. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the Court does not at this time find the required exceptional circumstances.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel, ECF No. 57, is denied.

Dated: December 17, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE