# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>Plaintiff,<br><br>v.<br><br>DOSS, et al.,<br><br>Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the Court is Defendants' motion ECF No. 58, for modification of the schedule for this case. Good cause appearing therefor, Defendants' motion is denied in part and granted in part.

On March 5, 2020, the Court issued a schedule for this litigation. See ECF No. 54. That order required all non-expert discovery and motions related thereto to be completed by July 20, 2020, and all expert discovery and motions related thereto to be completed by August 24, 2020. See id. The scheduling order also required all dispositive motions be noticed to be heard by October 5, 2020. See id. Defendants' motion, which was filed on October 5, 2020, seeks an extension to January 3, 2021, to complete discovery and an extension to February 5, 2021, to hear dispositive motions.

/ / /

/ / /

1

To the extent Defendants seek additional time to conduct discovery, their motion will be denied as untimely because it was filed after expiration of the discovery cut-off dates established in the original schedule. The Court will, nunc pro tunc, extend the non-expert discovery cut-off date to September 9, 2020 – the date Plaintiff's deposition was taken, from the original discovery cutoff of July 20, 2020. To the extent Defendants seek additional time to file dispositive motions, their motion is timely as it was filed on or before the original dispositive motion filing deadline and will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the schedule, ECF No. 58, is granted in part and denied in part;

2. The non-expert discovery cut-off date is extended, nunc pro tunc from July 20, 2020, to September 9, 2020, and Plaintiff's deposition, taken on September 9, 2020, is deemed timely;

3. All discovery is now closed; and

4. Dispositive motions shall be noticed to be heard by February 5, 2021.

Dated:  December 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE