IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ANTHONY STAFFORD,** | Case No. 2:16-cv-01403-JAM-DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **DOSS, et al.,** | |
| Defendant. | |

Pending before the Court is Defendant's request for an extension of the dispositive motion filing and hearing deadlines. ECF No. 63. Good cause having been shown, the motion is granted. Defendants must file and serve their motion for summary judgment no later than February 8, 2021, and the motion shall be noticed to be heard by the undersigned in Redding, California, on March 10, 2021, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE