1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**
9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11   JOSEPH ANTHONY STAFFORD,              No.  2:16-CV-1403-JAM-DMC

12                    Plaintiff,

13           v.                            ORDER

14   DOSS, et al.,

15                    Defendants.

16

17           Plaintiff, who is proceeding pro se, brings this civil rights action.  Pending before

18   the Court is "Plaintiff's Motion Request (sic) Denial of Defendant's Motion of Summary

19   Judgment & Requests Summary Judgment in Plaintiff's Favor."  See ECF No. 64.

20           To the extent Plaintiff seeks to oppose a motion for summary judgment filed by

21   Defendants, Plaintiff's filing is premature because Defendants have not filed such a motion.  To

22   the extent Plaintiff seeks summary judgment in his favor, Plaintiff's motion is defective for

23   failure to comply with Eastern District of California Local Rule 230(b), which requires that

24   motions be noticed for hearing on the appropriate Judge's calendar.  Plaintiff's motion is also

25   defective for failure to comply with Local Rule 260(a), which requires motions for summary

26   judgment to be accompanied by a statement of undisputed facts.

27   / / /

28   / / /

1

1          Accordingly, IT IS HEREBY ORDERED that Plaintiff's filing at ECF No. 64 is

2 stricken.

3

4

5 Dated:  January 29, 2021

6                                         _____

7                                       DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28