**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>DOSS, et al.,<br><br>  Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pursuant to Eastern District of California Local Rule 230(g), the hearing on Defendants' motion for summary judgment scheduled for March 10, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. Defendants' motion, ECF No. 68, for leave to appear telephonically is denied as moot.

IT IS SO ORDERED.

Dated: March 3, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1