**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>Plaintiff,<br><br>v.<br><br>DOSS, et al.,<br><br>Defendants. | No. 2:16-CV-1403-JAM-DMC<br><br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil rights action. On November 19, 2021, the District Judge issued a minute order vacating the pre-trial conference and trial dates and referring the matter to Hon. Jeremy D. Peterson for a settlement conference. See ECF No. 82. The minute order required the parties to file a joint status report within 14 days after conclusion of the settlement conference proposing new dates for the pre-trial conference and jury trial in the event the case did not settle. See id. A review of the docket reflects that a settlement conference was held on February 17, 2022, at which time the case did not settle.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Consistent with the District Judge's minute order, the parties shall file a joint status report within 14 days of the date of this order.

IT IS SO ORDERED.

Dated: March 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE