IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,   Plaintiff,   v.   DOSS, et al.,   Defendants. | No. 2:16-CV-1403-DMC   ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c); see also ECF No. 100 (order of reassignment to Magistrate Judge).

On the Court's own motion, this matter is set for a trial-setting status conference before the undersigned in Redding, California, on December 7, 2022, at 10:00 a.m. While the parties need not file any written statement prior to the status conference, the parties shall be prepared to discuss dates for a trial in this matter, as well as any other outstanding pre-trial issues which the parties might identify.

/ / /

/ / /

/ / /

The Court will also discuss a modified briefing schedule for pending motions in limine such that they may be decided prior to commencement of trial.

IT IS SO ORDERED.

Dated:  November 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE