IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ANTHONY STAFFORD,** | Case No. 2:16-CV-01403-DMC (PS) |
| Plaintiff, | **ORDER** |
| v. | |
| **DOSS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request, ECF No. 104, for a fourteen-day extension of time for the parties to file a neutral Joint Statement of the Case is GRANTED. The parties shall file a Joint Statement of the case no later than December 8, 2022.

Dated:  December 1, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:16-CV-01403-DMC (PS))