IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSEPH ANTHONY STAFFORD, | No. 2:16-CV-1403-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DOSS, et al., | |
| Defendants. | |

        Plaintiff, who is proceeding pro se, brings this civil rights action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c); see also ECF No. 100 (order of reassignment to Magistrate Judge). The parties appeared before the undersigned on December 7, 2022, at 10:00 a.m., for a telephonic trial-setting conference.

        After discussion with the parties, the Court enters the following orders relating to trial in this matter.

        1.    This matter is set for a jury trial commencing on **February 14, 2023, at 9:00 a.m.**, before the undersigned in Sacramento, California. The courtroom will be announced at a later date. The parties anticipate the trial will last between three and five days. The trial will take place Tuesday through Friday with the courtroom dark on Mondays.

///

1

2.   A final pre-trial conference is set for **January 10, 2023, at 10:00 a.m.**, before the undersigned in Sacramento, California. The courtroom will be announced at a later date. Motions in limine will be argued and decided at the final pre-trial conference. Immediately following this hearing, the Court will issue a final pre-trial order which will include rulings on any pending motions in limine.

3.   Plaintiff's opposition to Defendants' motions in limine is due by **December 27, 2022**. Defendants' is due by **January 3, 2022**.

4.   Consistent with the parties' agreement and the tentative pre-trial order issued by Judge Drozd on November 3, 2022, the parties shall disclose any expert witnesses who will be called at trial on or before **December 15, 2022**. Any expert witnesses not disclosed by this deadline will not be permitted to testify at trial. All expert witness depositions shall be completed by **January 13, 2023**.

IT IS SO ORDERED.

Dated:  December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE