IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOSS, et al.,<br><br>　　　　Defendants. | No. 2:16-CV-1403-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brought this civil rights action. Following a jury trial, judgment was entered in favor of Defendants on February 22, 2023, and this case was closed. See ECF No. 147. Plaintiff timely appealed. See ECF No. 150. On September 24, 2024, the Ninth Circuit Court of Appeals issued an unpublished memorandum decision affirming the judgment. See ECF No. 162. Pending before the Court in this closed case is Plaintiff's motion asking that his in forma pauperis status be applied to transcript requests. See ECF No. 155.

　　　　A review of the docket reflects that transcripts of all proceedings in this Court were requested by Defendants after Plaintiff filed his notice of appeal and a case number was assigned by the appellate court. See ECF Nos. 154 and 160. Transcripts were prepared and transmitted to the Court of Appeals. See ECF Nos. 156, 157, 158, 159, and 161. Because transcripts were requested, prepared, and transmitted to the Court of Appeals, which is since

1

1 | affirmed the judgment, Plaintiff's current motion concerning transcripts will be denied as moot.

2 |       Accordingly, IT IS HERERBY ORDERED that Plaintiff's motion, ECF No. 155,

3 | is denied as moot.

5 | Dated:  September 25, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE